No. 41. J. F. SMITH ET AL., PLAINTIFFS IN ERROR, *v.* GEORGE LEAVENWORTH. In error to the Supreme Court of the State of Mississippi. Argued November 3, 1914. Decided November 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Rogers* v. *Jones,* 214 U. S. 196, 204; *Wood* v. *Chesborough,* 228 U. S. 672, 677; (2) *Castillo* v. *McConnico,* 168 U. S. 674; *de Bearn* v. *Safe Deposit Co.,* 233 U. S. 24, 34; *McDonald* v. *Oregon Navigation Co.,* 233 U. S. 665, 670; (3) *New Orleans Waterworks Co.* v. *Louisiana,* 185 U. S. 336, 344; *Gring* v. *Ives,* 222 U. S. 365, 370; *Ennis Water Works* v. *Ennis,* 233 U. S.

652. *Mr. John W. Cutrer* and *Mr. O. G. Johnston* for the plaintiffs in error. *Mr. Gerald FitzGerald* and *Mr. Edward Mayes* for the defendant in error.